## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE MEDTRONIC, INC.<br>SPRINT FIDELIS LEADS PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 08-1905 (RHK/JSM) |
| | **ORDER GRANTING PLAINTIFFS'<br>LEAD  COUNSEL'S MOTION TO<br>DISMISS** |
| This documents relates to:<br>**Crew v. Medtronic, Inc. et al.<br>08-cv-05378** | |

Upon consideration of Plaintiffs' Lead Counsel's Motion to Dismiss (Doc. No.

34), and based on the files, records and pleadings herein, **IT IS ORDERED** that the

Motion is **GRANTED**, and pursuant to the Master Settlement Agreement and Federal

Rule of Civil Procedure Rule 41(a), the action styled Crew v. Medtronic, Inc. et al., Civil

Action No. 08-cv-05378, is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 9, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge